JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR MOORE, | Case No. CV 17-6699-VAP (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| J. GUSTELLO, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: November 15, 2017

HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge